UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN MARCEL PEREZ GARCIA,

      Plaintiff,

  v.                              Case No.  2:26-cv-00788-JES-DNF

WARDEN OF FLORIDA SOFT SIDE
SOUTH, GARRET RIPA, ICE
DISTRICT DIRECTOR, MIAMI,
FLORIDA; SECRETARY KIRSTI
NOEM, IN HER CAPACITY AS
SECRETARY OF HOMELAND
SECURITY; AND ATTORNEY GENERAL
PAM BONDI,

      Defendants,

_____

**ORDER**

    Petitioner Jean Marcel Perez Garcia has filed an emergency motion asking the Court to order DHS not to transfer him from Florida Soft Side South Detention Center (Alligator Alcatraz) pending the resolution of his petition for writ of habeas corpus. (Doc. 9).  The motion is denied.

    There is no need to enjoin Respondents from transferring Perez Garcia from the Middle District of Florida.  "[J]urisdiction attaches upon the initial filing of the §2241 petition and will not be destroyed by a petitioner's subsequent Government-effectuated transfer and accompanying change in physical custodian." Villa v. Normand, No. 5:25-CV-89, 2025 WL 3113200, at *4 (S.D. Ga. Oct. 16, 2025); Mujahid v. Daniels, 413 F.3d 991, 994

(9th Cir. 2005) ("If a § 2241 petition must be transferred every time the petitioner is transferred, it is doubtful that the case would ever be decided.").   In short, Perez-Garcia's transfer outside of the Middle District of Florida would not render his petition moot.   Thus, an order enjoining his transfer would be superfluous.   We do not issue injunctions to prevent harms that legally cannot happen.   Cf. Santillanes v. U.S. Parole Comm'n, 754 F.2d 887, 888 (10th Cir. 1985).

Perez Garcia may proceed with his habeas challenge here and the Court will review his petition as expeditiously as possible. His emergency motion for an order that he not be transferred (Doc. 9) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida on March 25, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE